

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-14-00647-CV

Style: Karen Kristine Silvio v. Jason B. Ostrom and Nicole Sain

Date motion filed*: October 1, 2014

Type of motion: Motion for Extension of Time to Pay Clerk's Record & Filing Fees

Party filing motion: Appellant

Document to be filed: Written confirmation of payment of Clerk's Record and Filing Fees

Is appeal accelerated? No

If motion to extend time:

    Original due dates: 8/21/14 (Filing Fee) & 9/6/14 (Clerk's Record)

    Number of extensions granted: 0-Current Due Dates: 9/22/14 (Fee) & 10/10/14 (CR)

    Date Requested: November 30, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: December 1, 2014

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

       **Appellant was sent notices by the Clerk of this Court about the filing fee that was due by September 22, 2014, and the Clerk's Record fee, now due by October 10, 2014. However, because appellant is pro se and provided evidence of problems receiving her mail, her motion is granted, but no further extensions will be granted. Accordingly, if appellant fails to provide written confirmation of payment of both filing and Clerk's Record fees by December 1, 2014, the Court may dismiss the appeal without further notice. *See* TEX. R. APP. P. 4.1(a), 42.3(c).**

Judge's signature: /s/ Laura C. Higley
                ☒ Acting individually    ☐ Acting for the Court

Date: October 7, 2014

November 7, 2008 Revision